```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**CHRISTOPHER RYAN HARM**                                **CIVIL ACTION**

**VERSUS**                                               **NO. 19-14662**

**MESCHIYA RACHEL LAKE-HARM**                            **SECTION "B"(2)**

## ORDER

Considering petitioner's "Ex Parte Motion for Issuance of Order Pursuant to 22 U.S.C. § 9004" (Rec. Doc. 5),

**IT IS ORDERED** that the motion is **GRANTED**. This order only addresses the petitioner's request for issuance of a show cause order and makes no determination as to the merits of the "Petition for return of the Child" (Rec. Doc. 1).

Upon considering the verified petition for return, The Convention on the Civil Aspects of International Child Abduction, and the International Child Abduction Remedies Act,

**IT IS FURTHER ORDERED** that respondent, Meschiya Rachel Lake-Harm, is prohibited from removing the minor child, SLH, or causing the minor child to be removed from the jurisdiction of this court, pending final disposition of the above referenced petition for return;

**IT IS FURTHER ORDERED** that respondent, Meschiya Rachel Lake-Harm, shall appear before this court on **Wednesday, January 15, 2020 at 9:00 a.m.** with any and all passports and travel documents for the minor child. The initial appearance shall be considered an

initial show cause hearing and scheduling hearing, so that a date may be set for an expedited evidentiary hearing on the merits of the "Petition for Return of the Child" (Rec. Doc. 1).

Failure to comply with this order or timely show cause why it should be vacated or modified may lead to sanctions, including but not limited to contempt of court and a warrant for arrest of the non-complying party.

New Orleans, Louisiana this 8th day of January, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY:**
**MESCHIYA RACHEL LAKE-HARM**
**3117 PALMYRA STREET**
**NEW ORLEANS, LA 70119**